**No. 20-40585**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**

***Plaintiff-Appellee***

**v.**

**COLLIN GARRETT HAYDEN,**

***Defendant-Appellant***

On Appeal from the United States District Court
for the Eastern District of Texas, Texarkana Division
U.S.D.C. No. 5:17-CR-9-6

**RECORD EXCERPTS**

Troy Alan Hornsby
*Miller, James, Miller & Hornsby, L.L.P.*
1725 Galleria Oaks Drive
Texarkana, Texas 75503
903.794.2711; f. 903.792.1276
troy.hornsby@gmail.com

Attorney for Appellant
Collin Garrett Hayden

## RECORD EXCERPTS


| | | Record Cite |
|---|---|---|
| 1. | Docket sheet. | ROA.1 |
| 2. | Notice of Appeal. | ROA.377 |
| 3. | Indictment[1]. | n/a |
| 4. | Jury Verdict. | ROA.302 |
| 5. | Amended Judgment. | ROA.370 |
| 6. | Certificate of Service | |


[1] This document is sealed and, therefore, intentionally excluded.

**Tab 1**

Docket sheet

(ROA.1)

APPEAL,CLOSED,RWS2

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Texarkana)
# CRIMINAL DOCKET FOR CASE #: 5:17-cr-00009-RWS-CMC-6

Case title: USA v. SEALED

Date Filed: 04/19/2017
Date Terminated: 08/13/2020

---

Assigned to: District Judge Robert W. Schroeder, III
Referred to: Magistrate Judge Caroline Craven

Appeals court case numbers: 20-40585 5CA, 20-40585 5CA

**Defendant (6)**

**Collin Garrett Hayden**
*TERMINATED: 08/13/2020*

represented by

**John David Crisp**
Crisp & Freeze - Texarkana
1825 Moores Lane
Texarkana, TX 75503
903-831-4004
Fax: 903-831-4006
Email: dcrisp@crispfreeze.com
*TERMINATED: 11/13/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**L. Charles Van Cleef**
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
903-248-8244
Fax: 903-248-8249
Email: charles@vancleef.pro
*TERMINATED: 08/28/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Troy Alan Hornsby**
Miller James Miller & Hornsby
1725 Galleria Oaks Drive
Texarkana, TX 75503
903/794-2711
Fax: 19037921276
Email: troy.hornsby@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE (Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine (1) | |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (conspiracy to distribute and possess with intent to distribute cocaine and methamphetamine) (1s) | |
| VIOLENT CRIME/DRUGS/MACHINE GUN (using or carrying a firearm during and in relation to and possessing a firearm in furtherance of a drug trafficking crime) (2s) | |
| OBSTRUCTION OF JUSTICE (3s) | |
| OBSTRUCTION OF JUSTICE (4s) | |
| TAMPERING WITH A WITNESS, VICTIM OR INFORMANT (obstruction of justice) (4ss) | 180 months imprisonment; $100 special assessment; 3 years supervised release |
| TRAFFIC IN CONTRABAND ARTICLES - FIREARMS, CONTROLLED SUBSTANCES (possession of contraband in jail) (5ss) | 60 months imprisonment; $100 special assessment; 3 years supervised release; all to be served concurrently |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (conspiracy to distribute and possess with intent to distribute cocaine and methamphetamine) (1ss) | Found not guilty |

| | |
|---|---|
| Using or carrying a firearm during and in relation to and possessing a firearm in furtherance of a drag trafficking crime<br>(2ss) | Found not guilty |
| INFLUENCE/INJURING OFFICER/JUROR/WITNESS<br>(obstruction of justice)<br>(3ss) | Dismissed by government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by

**Jonathan Richard Hornok**
U S Attorney's Office ED/TX - Texarkana
500 State Line Ave N. No. 402
Texarkana, TX 75501
903-794-9481
Fax: 903-792-5164
Email: jonathan.hornok@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jonathan Dean Ross**
US Attorney's Office - Texarkana
500 State Line
Suite 402
Texarkana, Tx 75504
903-792-8453
Fax: 903-792-5164
Email: jonathan.d.ross@usdoj.gov
*TERMINATED: 08/19/2018*
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

**Donald Scott Carter**
United States Attorneys Office ED/TX - Lufkin
415 South 1st, Suite 201
Lufkin, TX 75901
936-639-4003
Fax: 936-639-4033
Email: donald.carter2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2017 | 1 | *SEALED* SEALED INDICTMENT as to Jorge Antonio Martinez (1) count(s) 1, Daniel Enrique Montes-Munoz (2) count(s) 1, Hugo Joxan Pargas (3) count(s) 1, Timothy Franklin Harper (4) count(s) 1, Jason Wayne McLemore (5) count(s) 1, Collin Garrett Hayden (6) count(s) 1, Richard D Saucedo, Jr (7) count(s) 1, Gerald Clinton Davis (8) count(s) 1. (sm, ) (Entered: 04/19/2017) |
| 04/19/2017 | 7 | E-GOV SEALED Form AO 257 filed as to Collin Garrett Hayden (sm, ) (Entered: 04/19/2017) |
| 02/14/2018 | | *SEALED* ***FILED IN ERROR, PER ATTORNEY. Document # 91, Sealed Sentencing Memorandum. FILED IN WRONG DEFENDANT CASE. PLEASE IGNORE.***<br><br>(slo, ) (Entered: 02/14/2018) |
| 10/12/2018 | 170 | Rule 5(c)(3) Documents Received from Middle District of Louisiana (Baton Rouge) as to Collin Garrett Hayden (Attachments: # 1 committment, # 2 docket sheet, # 3 minutes, # 4 waiver)(lfs, ) (Entered: 10/12/2018) |
| 10/12/2018 | | NOTICE OF HEARING as to Collin Garrett Hayden Arraignment set for 10/15/2018 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. Attorney Appointment Hearing set for 10/15/2018 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma, ) (Entered: 10/12/2018) |
| 10/15/2018 | 172 (p.22) | MOTION for Detention Hearing by USA as to Collin Garrett Hayden. (slo, ) (Entered: 10/15/2018) |
| 10/15/2018 | 174 (p.24) | Minute Entry for proceedings held before Magistrate Judge Barry Bryant:Arraignment as to Collin Garrett Hayden (6) Count 1 held on 10/15/2018, Attorney Appointment Hearing as to Collin Garrett Hayden held on 10/15/2018, Added attorney John David Crisp for Collin Garrett Hayden., Case unsealed, Plea entered by Collin Garrett Hayden Not Guilty on counts 1. (Court Reporter ECRO.) (hma, ) (Entered: 10/15/2018) |
| 10/15/2018 | 175 | SEALED CJA 23 Financial Affidavit by Collin Garrett Hayden (hma, ) (Entered: 10/15/2018) |
| 10/15/2018 | 176 (p.26) | ORDER RELATING TO PRETRIAL DISCOVERY & INSPECTION as to Collin Garrett Hayden. Signed by Magistrate Judge Barry Bryant on 10/15/18. (hma, ) (Entered: 10/15/2018) |
| 10/15/2018 | 177 (p.31) | ORDER RELATING TO DEFENSES, OBJECTIONS, OR REQUESTS as to Collin Garrett Hayden. Signed by Magistrate Judge Barry Bryant on 10/15/18. (hma, ) (Entered: 10/15/2018) |
| 10/15/2018 | 178 (p.34) | ORDER as to Collin Garrett Hayden (Plea Agreement due by 3:00 PM on 10/30/2018. Jury Selection set for 11/26/2018 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial set for 11/26/2018 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference set for 11/6/2018 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by Magistrate Judge Barry Bryant on 10/15/18. (hma, ) (Entered: 10/15/2018) |

| | | |
|---|---|---|
| 10/16/2018 | | NOTICE OF HEARING as to Collin Garrett Hayden Detention Hearing set for 10/22/2018 09:30 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma, ) (Entered: 10/16/2018) |
| 10/22/2018 | 183 (p.35) | Minute Entry for proceedings held before Magistrate Judge Caroline Craven:Detention Hearing as to Collin Garrett Hayden held on 10/22/2018 (Court Reporter ECRO.) (hma, ) (Entered: 10/22/2018) |
| 10/22/2018 | 184 (p.37) | PAPER TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 10/22/2018 Detention Hearing before Judge Craven. (Crisp, John) (To be transcribed by Transcriber, Dipti Patel) Modified on 10/22/2018 (dlc, ). (Entered: 10/22/2018) |
| 10/22/2018 | 185 (p.38) | ORDER granting 172 (p.22) Motion for Detention as to Collin Garrett Hayden (6). Signed by Magistrate Judge Caroline Craven on 10/22/2018. (hma, ) (Entered: 10/22/2018) |
| 10/23/2018 | 186 (p.41) | Unopposed MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order Granting Defendant's Unopposed Motion for Continuance)(Crisp, John) (Entered: 10/23/2018) |
| 10/31/2018 | 188 (p.45) | ORDER TO CONTINUE - Ends of Justice as to Daniel Enrique Montes-Munoz, Timothy Franklin Harper, Collin Garrett Hayden Time excluded from 10/22/2018 until 1/2/2019, granting 186 (p.41) Unopposed MOTION to Continue filed by Collin Garrett Hayden. (Plea Agreement due by 3:00 p.m. on 12/26/2018. Jury Selection reset for 1/28/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial reset for 1/28/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 1/2/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by District Judge Robert W. Schroeder, III on 10/31/2018. (slo, ) (Entered: 10/31/2018) |
| 11/16/2018 | 199 (p.426) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing Proceedings as to Collin Garrett Hayden held on 10/22/18 before Judge Craven. Court Reporter/Transcriber: Dipti Patel, Telephone number: 847/848-4907.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 12/7/2018. Release of Transcript Restriction set for 2/14/2019. (dlc, ) (Entered: 11/19/2018) |
| 12/20/2018 | 210 (p.48) | Agreed MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order Granting Defendant's Agreed Motion for Continuance)(Crisp, John) (Entered: 12/20/2018) |
| 12/20/2018 | 211 (p.52) | ORDER TO CONTINUE - Ends of Justice as to Collin Garrett Hayden Time excluded from 12/20/2018 until 4/2/2019, GRANTING 210 (p.48) Agreed MOTION to Continue filed by Collin Garrett Hayden. Plea Agreement due by 3:00 P.M. on 3/26/2019. Jury Selection reset for 4/22/2019 09:00 AM in Ctrm 319 |

| | | |
|---|---|---|
| | | (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial reset for 4/22/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 4/2/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 12/20/2018. (slo, ) (Entered: 12/20/2018) |
| 03/26/2019 | 223 (p.55) | Agreed MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order GRANTING DEFENDANT'S AGREED MOTION FOR CONTINUANCE)(Crisp, John) (Entered: 03/26/2019) |
| 03/27/2019 | 224 (p.59) | ORDER TO CONTINUE - Ends of Justice as to Collin Garrett Hayden Time excluded from 3/26/2019 until 8/6/2019, GRANTING 223 (p.55) Agreed MOTION to Continue filed by Collin Garrett Hayden. (Plea Agreement due by 3:00 PM on 7/30/2019. Jury Selection reset for 8/26/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial reset for 8/26/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 8/6/2019 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III). Signed by District Judge Robert W. Schroeder, III on 3/27/2019. (slo, ) (Entered: 03/27/2019) |
| 05/02/2019 | 225 | SEALED Psychiatric Report Received (Sealed) as to Collin Garrett Hayden (Attachments: # 1 Addendum, # 2 Cover Letter) (nlp, ) (Entered: 05/02/2019) |
| 05/03/2019 | | Set Hearings as to Collin Garrett Hayden: Competency Hearing set for 5/30/2019 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (nlp, ) (Entered: 05/03/2019) |
| 05/09/2019 | | Reset Hearing as to Collin Garrett Hayden: Competency Hearing set for 7/9/2019 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (nlp, ) (Entered: 05/09/2019) |
| 07/09/2019 | 226 (p.62) | Minute Entry for proceedings held before Magistrate Judge Caroline Craven:Competency Hearing as to Collin Garrett Hayden held on 7/9/2019 (ECRO) (hma, ) (Entered: 07/09/2019) |
| 07/12/2019 | 228 (p.63) | Unopposed MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Crisp, John) (Entered: 07/12/2019) |
| 07/15/2019 | 229 (p.67) | ORDER TO CONTINUE - Ends of Justice as to Collin Garrett Hayden Time excluded from 7/12/2019 until 10/28/2019, GRANTING 228 (p.63) Unopposed MOTION to Continue filed by Collin Garrett Hayden. (Plea Agreement due by 3:00 PM on 9/24/2019. Jury Selection reset for 10/28/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial reset for 10/28/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 10/1/2019 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by District Judge Robert W. Schroeder, III on 7/15/2019. (slo, ) (Entered: 07/15/2019) |
| 09/06/2019 | 230 (p.70) | Unopposed MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE)(Crisp, John) (Entered: 09/06/2019) |
| 09/09/2019 | 231 (p.74) | ORDER TO CONTINUE - Ends of Justice as to Collin Garrett Hayden Time excluded from 9/6/2019 until 12/23/2019,GRANTING 230 (p.70) Unopposed MOTION to Continue filed by Collin Garrett Hayden. Plea Agreement due by 3:00 PM on 11/26/2019. Jury Selection reset for 12/23/2019 09:00 AM in Ctrm 319 |

| | | |
|---|---|---|
| | | (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial reset for 12/23/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 12/3/2019 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 9/9/2019. (slo, ) (Entered: 09/09/2019) |
| 11/05/2019 | 232 (p.77) | MOTION to Withdraw as Attorney , *Motion for Continuance and Substitution of Counsel* by J. David Crisp. by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order for Withdrawal, Motion for Continuance and Substitution of Counsel)(Crisp, John) (Entered: 11/05/2019) |
| 11/07/2019 | | NOTICE OF HEARING ON MOTION in case as to Collin Garrett Hayden 232 (p.77) MOTION to Withdraw as Attorney , *Motion for Continuance and Substitution of Counsel* by J. David Crisp. : Motion Hearing set for 11/14/2019 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma) (Entered: 11/07/2019) |
| 11/07/2019 | | NOTICE OF HEARING ON MOTION in case as to Collin Garrett Hayden 232 (p.77) MOTION to Withdraw as Attorney , *Motion for Continuance and Substitution of Counsel* by J. David Crisp. : Motion Hearing originally set for 11/14/2019 10:00 AM is hereby RESET for 11/13/2019 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma) (Entered: 11/07/2019) |
| 11/13/2019 | 233 (p.81) | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Motion Hearing as to Collin Garrett Hayden held on 11/13/2019 re 232 (p.77) MOTION to Withdraw as Attorney , *Motion for Continuance and Substitution of Counsel* by J. David Crisp, filed by Collin Garrett Hayden (ECRO) (hma) (Entered: 11/13/2019) |
| 11/13/2019 | 235 (p.82) | ORDER as to Collin Garrett Hayden granting 232 (p.77) MOTION to Withdraw as Attorney , *Motion for Continuance and Substitution of Counsel* filed by Collin Garrett Hayden. Charles Van Cleef appointed as counsel for Collin Garrett Hayden. Attorney John David Crisp withdrawn as counsel in case as to Collin Garrett Hayden. Signed by Magistrate Judge Caroline Craven on 11/13/2019. (slo, ) (Entered: 11/13/2019) |
| 11/18/2019 | 236 (p.85) | Unopposed MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 11/18/2019) |
| 11/19/2019 | 237 (p.92) | ORDER TO CONTINUE - Ends of Justice as to Collin Garrett Hayden Time excluded from 11/18/2019 until 2/24/2020; GRANTING 236 (p.85) Unopposed MOTION to Continue filed by Collin Garrett Hayden. Plea Agreement due by 3:00 P.M. on 1/20/2020. Jury Selection reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 2/4/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 11/19/2019. (slo, ) (Entered: 11/19/2019) |
| 11/20/2019 | 238 | *SEALED* SUPERSEDING INDICTMENT as to Jorge Antonio Martinez (1) count(s) 1s, 2s, Collin Garrett Hayden (6) count(s) 1s, 2s, 3s, 4s. (slo, ) (Entered: 11/20/2019) |
| 11/20/2019 | 240 | E-GOV SEALED Form AO 257 filed as to Collin Garrett Hayden (slo, ) (Entered: 11/20/2019) |

| | | |
|---|---|---|
| 11/26/2019 | | NOTICE OF HEARING as to Collin Garrett Hayden: Initial Appearance and Arraignment on Superseding Indictment set for 12/10/2019 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma) (Entered: 11/26/2019) |
| 12/10/2019 | 244 (p.95) | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Initial Appearance as to Collin Garrett Hayden held on 12/10/2019. Arraignment as to Collin Garrett Hayden (6) Count 1s,2s,3s,4s held on 12/10/2019. Plea entered by Collin Garrett Hayden Not Guilty on counts 1s, 2s, 3s, 4s. (ECRO) (hma) (Entered: 12/10/2019) |
| 12/10/2019 | 245 | **FILED IN ERROR, PLEASE IGNORE.** MOTION to Unseal Case by USA as to Daniel Enrique Montes-Munoz, Timothy Franklin Harper, Jason Wayne McLemore, Collin Garrett Hayden, Gerald Clinton Davis. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) Modified on 12/10/2019 (slo, ). (Entered: 12/10/2019) |
| 12/10/2019 | | *SEALED* ***FILED IN ERROR. Document # 245, Motion to Unseal Case. PLEASE IGNORE.***<br><br>(slo, ) (Entered: 12/10/2019) |
| 12/10/2019 | 247 | *SEALED* MOTION to Unseal Case by USA as to Jorge Antonio Martinez, Collin Garrett Hayden (Attachments: # 1 Text of Proposed Order)(slo, ) (Entered: 12/10/2019) |
| 12/13/2019 | 249 | *SEALED* ORDER granting 247 Motion to Unseal Case AND Superseding Indictment as to Jorge Antonio Martinez (1), Collin Garrett Hayden (6). Signed by Magistrate Judge Caroline Craven on 12/13/19. (hma, ) (Entered: 12/13/2019) |
| 12/31/2019 | 250 (p.96) | MOTION to Amend/Correct *Superseding Indictment* by USA as to Collin Garrett Hayden. (Attachments: # 1 Exhibit)(Hornok, Jonathan) (Additional attachment(s) added on 1/2/2020: # 2 Text of Proposed Order) (slo, ). (Entered: 12/31/2019) |
| 01/03/2020 | 251 | **** VACATED PER ORDER #252. **** ORDER granting 250 (p.96) Motion to Amend/Correct as to Collin Garrett Hayden (6). It is ORDERED that the 250 (p.96) Motion to Amend/Correct Superseding Indictment be granted, and the Superseding Indictment is amended. The Assistant United States Attorney is instructed to file the Amended Superseding Indictment with the Clerk that reflects the approved amended language. Signed by Magistrate Judge Caroline Craven on 1/3/2020. (slo, ) Modified on 1/7/2020 (slo, ). (Entered: 01/03/2020) |
| 01/07/2020 | 252 (p.106) | ORDER *Sua Sponte* Vacating Order And Denying Motion After Reconsideraton as to Collin Garrett Hayden. It is *sua sponte* ORDERED that the Clerk of the Court VACATE the Courts previous Order granting Motion to Amend/Correct Superseding Indictment as to Collin Garrett Hayden (6) (Docket Entry #251). It is also ORDERED that the Motion to Amend/Correct Superseding Indictment (Docket Entry #250) be DENIED. Signed by Magistrate Judge Caroline Craven on 1/7/2020. (slo, ) (Entered: 01/07/2020) |
| 01/13/2020 | | NOTICE OF HEARING as to Collin Garrett Hayden: Change of Plea Hearing set for 1/16/2020 10:30 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma, ) (Entered: 01/13/2020) |
| 01/13/2020 | 253 (p.108) | NOTICE OF PLEA AGREEMENT as to Collin Garrett Hayden. (Hornok, Jonathan) (Entered: 01/13/2020) |
| 01/13/2020 | | |

| | | |
|---|---|---|
| | 254 (p.109) | ELEMENTS of the Offense by USA as to Collin Garrett Hayden (Hornok, Jonathan) (Entered: 01/13/2020) |
| 01/15/2020 | 255 | *SEALED* SECOND SUPERSEDING INDICTMENT (Sealed) as to Jorge Antonio Martinez (1) count(s) 1ss, 2ss, Collin Garrett Hayden (6) count(s) 1ss, 2ss, 3ss, 4ss, 5ss. (slo) (Indictment unsealed on 01/16/20) (hma, ). (Entered: 01/16/2020) |
| 01/15/2020 | 257 | E-GOV SEALED Form AO 257 filed as to Collin Garrett Hayden (slo, ) (Entered: 01/16/2020) |
| 01/16/2020 | | Change of Plea Hearing as to Collin Garrett Hayden originally set for 01/16/20 at 10:30 AM CANCELLED due to Second Superseding Indictment filed. Arraignment on the Second Superseding Indictment as to Collin Garrett Hayden set for 1/16/2020 10:30 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven.) (hma, ) (Entered: 01/16/2020) |
| 01/16/2020 | | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: ARRAIGNMENT on Second Superseding Indictment as to Collin Garrett Hayden (6) held on 01/16/20. Defendant appeared with counsel, and he was advised of his rights, the charges, and penalties set forth in the Second Superseding Indictment. Defendant waived a formal reading and pled not guilty to Counts 1ss, 2ss, 3ss, 4ss, and 5ss (all counts). The scheduling order previously entered for this Defendant is still applicable. Defendant was remanded to the custody of the USM. Jonathan Hornok appeared on behalf of the Government, and Charles Van Cleef appeared on behalf of Defendant. (Court time: 10:38 a.m. - 10:46 a.m.) (Digital) (hma, ) (Entered: 01/16/2020) |
| 01/21/2020 | | NOTICE OF HEARING as to Collin Garrett Hayden: Change of Plea Hearing set for 1/23/2020 11:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. (hma, ) (Entered: 01/21/2020) |
| 01/23/2020 | | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Caroline Craven: The Court called the case for a change of plea hearing scheduled for 01/23/20. Defendant appeared with counsel, Charles Van Cleef, and stated he did not wish to go through with the change of plea. The Government made an oral motion for a Frye-Cooper hearing. Defendant had no objection, and the Court granted the oral motion. The Government stated the current plea offer and discussed prior plea offers made to the Defendant. Defendant confirmed for the Court that he understood the offer made, had no questions regarding the offer, and that he was rejecting the offer and proceeding to trial voluntarily. The Court confirmed Defendant was not under the influence of any drug, medication, or alcohol during the hearing. Defendant was remanded back into the custody of the USM pending trial. (Court Time: 11:04-11:11 a.m.) (Appearances: Jonathan Hornok appeared on behalf of the Government, Charles Van Cleef (CJA appointed) appeared on behalf of the Defendant)(Digital) (hma, ) (Entered: 01/23/2020) (Entered: 01/23/2020) |
| 01/23/2020 | | ORAL MOTION for Frye-Cooper Hearing by USA. (hma, ) (Entered: 01/23/2020) |
| 01/23/2020 | | ORAL ORDER granting Oral Motion for Frye-Cooper Hearing by USA (hma, ) (Entered: 01/23/2020) |
| 01/24/2020 | 260 (p.112) | MOTION to Continue by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 01/24/2020) |
| 01/28/2020 | 262 (p.120) | ORDER TO CONTINUE - Ends of Justice as to Collin Garrett Hayden Time excluded from 1/24/2020 until 3/2/2020; granting 260 (p.112) MOTION to Continue |

| | | |
|---|---|---|
| | | filed by Collin Garrett Hayden. Jury Selection and Jury Trial reset for 3/2/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Pretrial Conference reset for 2/13/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 1/28/2020. (slo, ) (Entered: 01/28/2020) |
| 01/30/2020 | 263 (p.123) | DEMAND for Disclosure of Witness in Support of Alibi Defense as to Collin Garrett Hayden (Hornok, Jonathan) (Entered: 01/30/2020) |
| 02/04/2020 | 264 (p.125) | MOTION for Discovery by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 265 (p.136) | MOTION for Release of Brady Materials by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 266 (p.142) | MOTION for Discovery *of Experts* by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 267 (p.147) | MOTION for Witness List by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 268 (p.154) | MOTION in Limine *#1* by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 269 (p.162) | MOTION in Limine *#2* by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 270 (p.169) | MOTION in Limine *#3* by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 271 (p.175) | MOTION to Require Government to Reveal Agreements by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/04/2020) |
| 02/04/2020 | 272 (p.180) | NOTICE *of Request for 404(b) evidence* by Collin Garrett Hayden (Van Cleef, L.) (Entered: 02/04/2020) |
| 02/07/2020 | 273 (p.182) | MOTION in Limine by USA as to Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) (Entered: 02/07/2020) |
| 02/10/2020 | 274 (p.186) | NOTICE *of Expert Witnesses pursuant to FRCP 16(a)(1)(G)* by USA as to Collin Garrett Hayden (Hornok, Jonathan) (Entered: 02/10/2020) |
| 02/10/2020 | 275 (p.191) | NOTICE *of 404(b) Evidence* by USA as to Collin Garrett Hayden (Hornok, Jonathan) (Entered: 02/10/2020) |
| 02/10/2020 | 276 (p.195) | RESPONSE in Opposition by USA as to Collin Garrett Hayden re 267 (p.147) MOTION for Witness List , 269 (p.162) MOTION in Limine *#2*, 266 (p.142) MOTION for Discovery *of Experts*, 270 (p.169) MOTION in Limine *#3*, 271 (p.175) MOTION to Require Government to Reveal Agreements , 268 (p.154) MOTION in Limine *#1*, 265 (p.136) MOTION for Release of Brady Materials , 264 (p.125) MOTION for Discovery (Hornok, Jonathan) (Additional attachment(s) added on 2/10/2020: # 1 Text of Proposed Order) (slo, ). (Entered: 02/10/2020) |
| 02/10/2020 | 277 (p.210) | MOTION to Compel *Fingerprint Examplars* by USA as to Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) (Entered: 02/10/2020) |
| 02/12/2020 | | |

| | | |
|---|---|---|
| | 278 (p.214) | NOTICE OF ATTORNEY APPEARANCE Donald Scott Carter appearing for USA. *as co-counsel* (Carter, Donald) (Entered: 02/12/2020) |
| 02/12/2020 | 279 (p.216) | RESPONSE to Motion by Collin Garrett Hayden re 277 (p.210) MOTION to Compel *Fingerprint Examplars* (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Van Cleef, L.) (Entered: 02/12/2020) |
| 02/12/2020 | 280 (p.222) | NOTICE by Collin Garrett Hayden re 273 (p.182) MOTION in Limine (Van Cleef, L.) (Entered: 02/12/2020) |
| 02/13/2020 | 282 (p.225) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Pretrial Conference as to Collin Garrett Hayden held on 2/13/2020. Counsel in attendance were Jonathan Hornok, Donald Carter, and Charles Van Cleef. (Court Reporter Theresa Sawyer) (bas) (Entered: 02/13/2020) |
| 02/18/2020 | 285 (p.498) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference as to Collin Garrett Hayden held on 02/13/2020 before Judge Schroeder. Court Reporter/Transcriber: Theresa Sawyer,Telephone number: 479-866-0140.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 3/10/2020. Release of Transcript Restriction set for 5/18/2020. (lfs, ) (Entered: 02/18/2020) |
| 02/22/2020 | 288 (p.227) | NOTICE *of 404(b) Evidence (Amended)* by USA as to Collin Garrett Hayden re 275 (p.191) Notice (Other) (Hornok, Jonathan) (Entered: 02/22/2020) |
| 02/28/2020 | 289 (p.233) | MOTION Motion to Abandon Count Three of Second Superseding Indictment by USA as to Collin Garrett Hayden. (Carter, Donald) (Additional attachment(s) added on 2/28/2020: # 1 Text of Proposed Order) (slo, ). (Entered: 02/28/2020) |
| 03/02/2020 | 290 (p.236) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Jury Selection and First Day of Trial as to Collin Garrett Hayden held on 3/2/2020. (Court Reporter Cindy Donald) (bas) (Entered: 03/02/2020) |
| 03/03/2020 | 303 (p.306) | Change of Plea Hearing as to Collin Garrett Hayden on Count 5ss held on 3/2/2020 before District Judge Robert W. Schroeder III. Minutes for the change of plea are contained within the minutes for the first day of trial. See 290 (p.236) . (bas) (Additional attachment(s) added on 3/9/2020: # 1 Exhibit 48 # 2 Exhibit 49, # 3 Exhibit 56B. Exhibits 50 and 56A are on DVDs and are placed in the Clerk's vault) (bas). Modified on 3/9/2020 (bas). (Entered: 03/03/2020) |
| 03/03/2020 | | ORAL ORDER granting 289 (p.233) Motion as to Collin Garrett Hayden (6). Signed by District Judge Robert W. Schroeder III on 3/2/2020. (bas) (Entered: 03/03/2020) |
| 03/03/2020 | 291 (p.241) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Second Day of Jury Trial as to Collin Garrett Hayden held on 3/3/2020. (Court Reporter Cindy Donald) (bas) (Entered: 03/03/2020) |

| | | |
|---|---|---|
| 03/04/2020 | 292 (p.247) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Third Day of Jury Trial as to Collin Garrett Hayden held on 3/4/2020 (Court Reporter Cindy Donald) (bas) (Entered: 03/04/2020) |
| 03/05/2020 | 293 (p.252) | Amended Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Second Day of Jury Trial as to Collin Garrett Hayden held on 3/3/2020. (Court Reporter Cindy Donald) (ba) (Entered: 03/05/2020) |
| 03/05/2020 | 294 (p.258) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Fourth Day of Jury Trial as to Collin Garrett Hayden held on 3/5/2020. (Court Reporter Cindy Donald) (bas) (Entered: 03/05/2020) |
| 03/09/2020 | 295 (p.263) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Fifth and Final Day of Jury Trial as to Collin Garrett Hayden held on 3/6/2020. (Court Reporter Cindy Donald) (bas) (Entered: 03/09/2020) |
| 03/09/2020 | 296 (p.269) | Jury Instructions as to Collin Garrett Hayden. (bas) (Entered: 03/09/2020) |
| 03/09/2020 | 297 | JURY VERDICT as to Collin Garrett Hayden (6) Guilty on Count 4ss. Collin Garrett Hayden (6) Not Guilty on Count 1ss, 2ss. (bas) (Entered: 03/09/2020) |
| 03/09/2020 | 298 (p.302) | REDACTED (as to foreperson's name) JURY VERDICT. (bas) (Entered: 03/09/2020) |
| 03/09/2020 | 299 | E-GOV SEALED Jury Notes as to Collin Garrett Hayden. (bas) (Entered: 03/09/2020) |
| 03/09/2020 | 300 (p.2566) | PLAINTIFF'S FINAL ADMITTED EXHIBITS LIST. (bas) (Additional attachment(s) added on 3/19/2020: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 - See Document 313 (p.3018) , # 4 Exhibits 5-11, 12B, 12H, 13-20, # 6 Exhibits 21-30, # 7 Exhibits 31-40, # 8 Exhibits 42-47, 51B, 52-55, 57B, 58) (bas, ). Exhibits 3, 6, 7, 12A, 12C, 12E,12F, 51C, 51D, and 57C are on DVDs and are placed in Clerk's vault. (bas). Modified on 3/23/2020 (bas). (Entered: 03/09/2020) |
| 03/09/2020 | 301 (p.2994) | DEFENDANT'S FINAL ADMITTED EXHIBITS LIST (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #41)- Exhibit 12D and Exhibit 12G are on DVDs and are placed in Clerk's Vault(bas) (Entered: 03/09/2020) |
| 03/09/2020 | 302 | SEALED ADDITIONAL ATTACHMENT (EXHIBIT #3) to Main Document: 301 (p.2994) Defendant's Final Admitted Exhibits List. (bas) (Entered: 03/09/2020) |
| 03/16/2020 | 304 (p.327) | ORDER denying as moot 264 (p.125) Motion for Discovery as to Collin Garrett Hayden (6); denying as moot 265 (p.136) Motion for Release of Brady Materials as to Collin Garrett Hayden (6); denying as moot 266 (p.142) Motion for Discovery as to Collin Garrett Hayden (6); denying as moot 267 (p.147) Motion as to Collin Garrett Hayden (6); 268 (p.154) Motion in Limine as to Collin Garrett Hayden (6) withdrawn; granting in part and denying in part 269 (p.162) Motion in Limine as to Collin Garrett Hayden (6); 270 (p.169) Motion in Limine as to Collin Garrett Hayden (6) withdrawn; denying as moot 271 (p.175) Motion as to Collin Garrett Hayden (6); granting 273 (p.182) Motion in Limine as to Collin Garrett Hayden (6); granting 277 (p.210) Motion to Compel Fingerprint Exemplars as to Collin Garrett Hayden (6). Signed by District Judge Robert W. Schroeder, III on 3/16/2020. (slo, ) (Entered: 03/16/2020) |
| 03/16/2020 | 305 | ORDER as to Collin Garrett Hayden Detention Hearing set for 3/25/2020 10:00 AM |

| | | |
|---|---|---|
| | (p.329) | in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 3/16/2020. (slo, ) (Entered: 03/16/2020) |
| 03/16/2020 | 306 (p.330) | Unopposed MOTION to Cancel Detention Hearing by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 03/16/2020) |
| 03/17/2020 | 307 (p.335) | ORDER GRANTING 306 (p.330) Unopposed MOTION to Cancel Detention Hearing filed by Collin Garrett Hayden. It is therefore ORDERED that Defendants detention hearing, currently scheduled for March 25, 2020, is hereby CANCELLED. Signed by District Judge Robert W. Schroeder, III on 03/17/19. (lfs, ) (Entered: 03/17/2020) |
| 03/23/2020 | 313 (p.3018) | **THIS DOCUMENT AND THE ATTACHMENTS REPLACE EXHIBIT #3 IN THE PLAINTIFF'S FINAL ADMITTED EXHIBITS IN 300 (p.2566) .** Pages 1-231. (Attachments: # 1 Pages 232-417, # 2 Pages 418-565, # 3 Pages 566-712, # 4 Pages 713-906, # 5 Pages 907-1113, # 6 Pages 1114-1285)(bas) (Entered: 03/23/2020) |
| 06/02/2020 | 318 (p.336) | Joint MOTION for Extension of Time to File *Objections to Presentence Report [Doc 317]* by USA as to Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) (Entered: 06/02/2020) |
| 06/03/2020 | 319 (p.339) | ORDER granting 318 (p.336) Motion for Extension of Time to File Objections to Presentence Report as to Collin Garrett Hayden (6). It is ORDERED that any objections by either party to the presentence report shall be due on or before June 17, 2020. Signed by District Judge Robert W. Schroeder, III on 6/3/2020. (slo, ) (Entered: 06/03/2020) |
| 06/17/2020 | 320 (p.4338) | SEALED OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Collin Garrett Hayden (Attachments: # 1 Exhibit 20, # 2 Exhibit 25, # 3 Exhibit 30)(Hornok, Jonathan) (Entered: 06/17/2020) |
| 06/17/2020 | 321 (p.4377) | SEALED OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Collin Garrett Hayden (Van Cleef, L.) (Entered: 06/17/2020) |
| 06/24/2020 | 322 (p.340) | PAPER TRANSCRIPT REQUEST by USA as to Collin Garrett Hayden for proceedings held on 3/3/2020 Trial before Judge Schroeder. (Hornok, Jonathan) (Forwarded to contract court reporter Cindy Donald on 6/24/2020)(hma). (Entered: 06/24/2020) |
| 06/24/2020 | 323 (p.342) | PAPER TRANSCRIPT REQUEST by USA as to Collin Garrett Hayden for proceedings held on 3/6/2020 Trial before Judge Schroeder. (Hornok, Jonathan) (Forwarded to contract court reporter Cindy Donald on 6/24/2020)(hma). (Entered: 06/24/2020) |
| 06/24/2020 | 324 (p.344) | PAPER TRANSCRIPT REQUEST by USA as to Collin Garrett Hayden for proceedings held on 3/5/2020 Trial before Judge Schroeder. (Hornok, Jonathan) (Forwarded to contract court reporter Cindy Donald on 6/24/2020)(hma). (Entered: 06/24/2020) |
| 06/26/2020 | 325 (p.4390) | FINAL PRESENTENCE INVESTIGATION REPORT (SEALED) (including addendum) as to Collin Garrett Hayden (Attachments: # 1 Cover Letter)(lrhoades, ) (Entered: 06/26/2020) |
| 06/26/2020 | 326 (p.4973) | SEALED PSI - SENTENCING RECOMMENDATION as to Collin Garrett Hayden (lrhoades, ) (Entered: 06/26/2020) |

| | | |
|---|---|---|
| 07/13/2020 | 327 (p.1143) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 3/3/2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Cynthia A. Donald with Donald Court Reporting & Transcription, LLC, Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 8/3/2020. Release of Transcript Restriction set for 10/12/2020. (hma) (Entered: 07/13/2020) |
| 07/13/2020 | 328 (p.1893) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 3/6/2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Cynthia A. Donald with Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 8/3/2020. Release of Transcript Restriction set for 10/12/2020. (hma) (Entered: 07/13/2020) |
| 07/13/2020 | 329 (p.1528) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 3/5/2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Cynthia A. Donald with Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 8/3/2020. Release of Transcript Restriction set for 10/12/2020. (hma) (Entered: 07/13/2020) |
| 07/23/2020 | | NOTICE OF HEARING as to Collin Garrett Hayden. Sentencing set for 8/13/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Counsel for each party SHALL file a sentencing memorandum and any motion for departure or variance from the sentencing guidelines no later than Wednesday, AUGUST 5, 2020.(bas) (Entered: 07/23/2020) |

| | | |
|---|---|---|
| 08/06/2020 | 332 (p.346) | MOTION for Extension of Time to File *Objections to the PSR* by USA as to Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) (Entered: 08/06/2020) |
| 08/07/2020 | 333 (p.350) | ORDER granting 332 (p.346) Motion for Extension of Time to File Objections to PSR as to Collin Garrett Hayden (6). Any written response Defendant wishes to file to the United States objections shall be due by 5 p.m. on Monday, August 10, 2020. Signed by District Judge Robert W. Schroeder, III on 8/7/2020. (slo, ) (Entered: 08/07/2020) |
| 08/13/2020 | 334 (p.351) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Sentencing held on 8/13/2020 for Collin Garrett Hayden (6), Count(s) 4ss, 200 months imprisonment; $100 special assessment; 3 years supervised release; Count(s) 5ss, 60 months imprisonment; $100 special assessment; 3 years supervised release; all to be served concurrently. (Court Reporter Kate McAlpine) (bas) (Entered: 08/13/2020) |
| 08/13/2020 | 335 (p.353) | JUDGMENT as to Collin Garrett Hayden (6), Count(s) 1ss, 2ss, Found not guilty; Count(s) 3ss, Dismissed by government; Count(s) 4ss, 200 months imprisonment; $100 special assessment; 3 years supervised release; Count(s) 5ss, 60 months imprisonment; $100 special assessment; 3 years supervised release; all to be served concurrently. Signed by District Judge Robert W. Schroeder, III on 8/13/2020. (slo, ) (Entered: 08/13/2020) |
| 08/13/2020 | 336 (p.4432) | SEALED Statement of Reasons re 335 (p.353) Judgment. (slo, ) (Entered: 08/13/2020) |
| 08/18/2020 | 337 (p.360) | ORDER as to Collin Garrett Hayden. Resentencing set for 8/26/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Any briefing the United States wishes to file SHALL be filed by Friday, August 21, 2020. Defendant SHALL file a response to any briefing by Monday, August 24, 2020. Signed by District Judge Robert W. Schroeder, III on 8/18/2020. (slo, ) (Entered: 08/18/2020) |
| 08/20/2020 | 338 (p.361) | SENTENCING MEMORANDUM by USA as to Collin Garrett Hayden (Hornok, Jonathan) (Entered: 08/20/2020) |
| 08/26/2020 | 340 (p.369) | Minute Entry for proceedings held before District Judge Robert W. Schroeder III:Amended Sentencing held on 8/26/2020 for Collin Garrett Hayden (6), Count(s) 1ss, 2ss, Found not guilty; Count(s) 3ss, Dismissed by government; Count(s) 4ss, 180 months imprisonment; $100 special assessment; 3 years supervised release; Count(s) 5ss, 60 months imprisonment; $100 special assessment; 3 years supervised release; all to be served concurrently. (Court Reporter Kate McAlpine) (bas) (Entered: 08/26/2020) |
| 08/26/2020 | 341 (p.370) | AMENDED JUDGMENT as to Collin Garrett Hayden (6), Count(s) 1ss, 2ss, Found not guilty; Count(s) 3ss, Dismissed by government; Count(s) 4ss, 180 months imprisonment; $100 special assessment; 3 years supervised release; Count(s) 5ss, 60 months imprisonment; $100 special assessment; 3 years supervised release; all to be served concurrently. Signed by District Judge Robert W. Schroeder, III on 8/26/2020. (slo, ) (Entered: 08/26/2020) |
| 08/26/2020 | 342 (p.4436) | SEALED Amended Statement of Reasons re 341 (p.370) Amended Judgment. (slo, ) (Entered: 08/26/2020) |
| 08/27/2020 | | NOTICE OF APPEAL. (Van Cleef, L.) (Entered: 08/27/2020) |

| | | |
|---|---|---|
| | 343 (p.377) | |
| 08/27/2020 | 344 (p.379) | MOTION to Appoint Counsel *for Appeal* by Collin Garrett Hayden. (Attachments: # 1 Text of Proposed Order)(Van Cleef, L.) (Entered: 08/27/2020) |
| 08/28/2020 | 345 (p.384) | ORDER as to Collin Garrett Hayden granting 344 (p.379) MOTION to Appoint Counsel *for Appeal* filed by Collin Garrett Hayden. Charles van Cleef is hereby withdrawn as trial counsel and Troy Hornsby, a licensed attorney of this Court, is hereby appointed to represent Defendant for purposes of appeal. Signed by Magistrate Judge Caroline Craven on 8/28/2020. (slo, ) (Entered: 08/28/2020) |
| 08/28/2020 | 346 (p.385) | PAPER TRANSCRIPT REQUEST by USA as to Collin Garrett Hayden for proceedings held on 8/13/20 Sentencing Hearing before Judge Schroeder. (Hornok, Jonathan) (Entered: 08/28/2020) |
| 08/28/2020 | 347 (p.387) | PAPER TRANSCRIPT REQUEST by USA as to Collin Garrett Hayden for proceedings held on 8/26/20 Amended Sentencing Hearing before Judge Schroeder. (Hornok, Jonathan) (Entered: 08/28/2020) |
| 09/04/2020 | 348 (p.2371) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on August 13, 2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Kate McAlpine,Telephone number: 903-794-1018.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 9/25/2020. Release of Transcript Restriction set for 12/3/2020. (kem, ) (Entered: 09/04/2020) |
| 09/04/2020 | 349 (p.2525) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on August 26, 2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Kate McAlpine,Telephone number: 903-794-1018.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 9/25/2020. Release of Transcript Restriction set for 12/3/2020. (kem, ) (Entered: 09/04/2020) |
| 09/09/2020 | | NOTICE of Docketing Notice of Appeal from USCA as to Collin Garrett Hayden re 343 (p.377) Notice of Appeal filed by Collin Garrett Hayden. USCA Case Number 20-40585 (slo, ) (Entered: 09/09/2020) |
| 09/09/2020 | | |

| | | |
|---|---|---|
| | 350 (p.389) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 01/16/20 and 01/23/20 before Judge Caroline Craven, (Hornsby, Troy) (To be transcribed by Shawna Gauntt-Hicks. Forwarded to transcriber on 09/09/2020)(hma). (Entered: 09/09/2020) |
| 09/09/2020 | 351 (p.391) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 03/02/20, 03/04/20 before Judge Robert Schroeder, (Hornsby, Troy) (Forwarded to contract court reporter Cindy Donald on 09/09/2020)(hma) (Entered: 09/09/2020) |
| 09/09/2020 | 352 (p.393) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 07/09/2019 before Judge Caroline Craven, (Hornsby, Troy) (To be transcribed by Shawna Gauntt-Hicks. Forwarded to transcriber on 09/09/2020)(hma). (Entered: 09/09/2020) |
| 09/09/2020 | 353 (p.395) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 10/15/18, 11/13/19, 12/10/19 before Judge Barry Bryant and Caroline Craven, (Hornsby, Troy)(To be transcribed by Shawna Gauntt-Hicks. Forwarded to transcriber on 09/09/2020)(hma). (Entered: 09/09/2020) |
| 09/15/2020 | 354 (p.397) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on March 3, 2020 before Judge Robert Schroeder, (Hornsby, Troy) (Forwarded to contract court reporter Cindy Donald on 09/15/2020) (Entered: 09/15/2020) |
| 09/15/2020 | 355 (p.399) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 03/05/2020 before Judge Robert Schroeder, (Hornsby, Troy) (Forwarded to contract court reporter Cindy Donald on 09/15/2020) (Entered: 09/15/2020) |
| 09/15/2020 | 356 (p.401) | TRANSCRIPT REQUEST by Collin Garrett Hayden for proceedings held on 03/06/2020 before Judge Robert Schroeder, (Hornsby, Troy) (Forwarded to contract court reporter Cindy Donald on 09/15/2020)(hma) (Entered: 09/15/2020) |
| 09/25/2020 | 357 (p.403) | NOTICE OF APPEAL by USA. (Hornok, Jonathan) (Entered: 09/25/2020) |
| 09/30/2020 | | NOTICE of Docketing Notice of Appeal from USCA as to Collin Garrett Hayden re 357 (p.403) Notice of Appeal filed by USA. USCA Case Number 20-40585 (slo) (Entered: 09/30/2020) |
| 10/08/2020 | 358 (p.405) | USCA Memorandum granting motion to view sealed documents as to Collin Garrett Hayden re 343 (p.377) Notice of Appeal (Attachments: # 1 Motion to View Sealed Documents filed by Troy Hornsby)(slo, ) (Entered: 10/08/2020) |
| 10/09/2020 | 359 (p.559) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 03/02/2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due |

| | | |
|---|---|---|
| | | 10/30/2020. Release of Transcript Restriction set for 1/7/2021. (hma, ) (Entered: 10/09/2020) |
| 10/09/2020 | 360 (p.867) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 03/03/2020 before Judge Robert W Schroeder, III. Court Reporter/Transcriber: Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 10/30/2020. Release of Transcript Restriction set for 1/7/2021. (hma, ) (Entered: 10/09/2020) |
| 10/09/2020 | 361 (p.1229) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 03/04/2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 10/30/2020. Release of Transcript Restriction set for 1/7/2021. (hma, ) (Entered: 10/09/2020) |
| 10/09/2020 | 362 (p.1659) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 03/05/2020 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 10/30/2020. Release of Transcript Restriction set for 1/7/2021. (hma, ) (Entered: 10/09/2020) |

| | | |
|---|---|---|
| 10/09/2020 | 363 (p.1993) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Collin Garrett Hayden held on 03/06/2020 before Judge Robert W. Schroeder, III.. Court Reporter/Transcriber: Donald Court Reporting & Transcription, LLC,Telephone number: 888-438-7836.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 10/30/2020. Release of Transcript Restriction set for 1/7/2021. (hma, ) (Entered: 10/09/2020) |
| 10/09/2020 | 364 | Sealed Transcript held on 03/06/2020 before Judge Robert W. Schroeder, III. (hma) (Entered: 10/09/2020) |
| 10/23/2020 | 365 (p.411) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Arraignment Proceedings as to Collin Garrett Hayden held on 10/15/2018 before Magistrate Judge Barry A. Bryant. Court Reporter/Transcriber: Shawna Gauntt-Hicks,Telephone number: 903-276-1090.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 11/13/2020. Release of Transcript Restriction set for 1/21/2021. (bas) (Entered: 10/23/2020) |
| 10/23/2020 | 366 (p.466) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Competency Hearing Proceedings as to Collin Garrett Hayden held on 7/9/2019 before Magistrate Judge Caroline M. Craven. Court Reporter/Transcriber: Shawna Gauntt-Hicks,Telephone number: 903-276-1090.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 11/13/2020. Release of Transcript Restriction set for 1/21/2021. (bas) (Entered: 10/23/2020) |

| | | |
|---|---|---|
| 10/23/2020 | 367 (p.472) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings as to Collin Garrett Hayden held on 11/13/2019 before Magistrate Judge Caroline M. Craven. Court Reporter/Transcriber: Shawna Gauntt-Hicks,Telephone number: 903-276-1090.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 11/13/2020. Release of Transcript Restriction set for 1/21/2021. (bas) (Entered: 10/23/2020) |
| 10/23/2020 | 368 | Sealed Transcript held on 11/13/2019 before Magistrate Judge Caroline M. Craven. (bas) (Entered: 10/23/2020) |
| 10/23/2020 | 369 (p.477) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Initial Appearance and Arraignment Proceedings as to Collin Garrett Hayden held on 12/10/2019 before Magistrate Judge Caroline M. Craven. Court Reporter/Transcriber: Shawna Gauntt-Hicks,Telephone number: 903-276-1090.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 11/13/2020. Release of Transcript Restriction set for 1/21/2021. (bas) (Entered: 10/23/2020) |
| 10/23/2020 | 370 (p.482) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Arraignment Proceedings as to Collin Garrett Hayden held on 1/16/2020 before Magistrate Judge Caroline M. Craven. Court Reporter/Transcriber: Shawna Gauntt-Hicks,Telephone number: 903-276-1090.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 11/13/2020. Release of Transcript Restriction set for 1/21/2021. (bas) (Entered: 10/23/2020) |

| | | |
|---|---|---|
| 10/23/2020 | 371 (p.490) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea/Frye-Cooper Hearing Proceedings as to Collin Garrett Hayden held on 1/23/2020 before Magistrate Judge Caroline M. Craven. Court Reporter/Transcriber: Shawna Gauntt-Hicks,Telephone number: 903-276-1090.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 11/13/2020. Release of Transcript Restriction set for 1/21/2021. (bas) (Entered: 10/23/2020) |
| 10/27/2020 | | NOTICE of certification of eROA provided to the 5th Circuit Court of Appeals by Collin Garrett Hayden (slo, ) (Entered: 10/27/2020) |

**Tab 2**

Notice of Appeal

(ROA.377)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>COLLIN GARRETT HAYDEN (6),<br><br>Defendant. | Case No. 5:17-cr-9<br><br>JUDGE SCHROEDER |

**DEFENDANT'S NOTICE OF APPEAL**

Comes now COLLIN GARRETT HAYDEN, Defendant herein, by and through counsel, and files this, his Notice of Appeal.

The undersigned respectfully notifies the Court that Defendant has expressed his desire to appeal his conviction in the above-entitled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

*/s/ L. Charles van Cleef*

L. Charles van Cleef
Texas State Bar No. 00786305
Supreme Court Bar No. 227926

Van Cleef Law Office
P.O. Box 2432
Longview, TX 75606-2432
(903) 248-8244 Telephone
(903) 248-8249 Facsimile
charles@vancleef.pro

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing sealed instrument has been forwarded to counsel for all parties via CMECF filing on this Thursday, August 27, 2020.

*/s/ L. Charles van Cleef*___
L. Charles van Cleef

**Tab 3**

Indictment

(ROA.n/a)

**Tab 4**

Jury Verdict

(ROA.302)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | NO. 5:17-CR-9 |
| | § | JUDGE SCHROEDER |
| v. | § | |
| | § | |
| COLLIN GARRETT HAYDEN (6) | § | |

**VERDICT OF THE JURY
COUNT ONE**

As to Count One of the Second Superseding Indictment, we, the jury, find the Defendant, **Collin Garrett Hayden:**

| | |
|---|---|
| ______________________ | Not Guilty |
| (GUILTY) | (NOT GUILTY) |

**If, and only if,** you have found the defendant guilty of the offense charged in Count One, then you must consider the following special issue:

We, the jury, find that the amount of controlled substances attributable to the overall scope of the conspiracy, and that the defendant knew or reasonably should have known that the overall scope of the conspiracy involved, are as follows (check all that apply):

_____ Fifty grams or more of methamphetamine or five hundred grams or more of a mixture or substance containing methamphetamine.

_____ Five hundred grams or more of a mixture or substance containing cocaine.

(Continue to the next page)

Case: 20-40585 Document: 41 Page: 313 Date Filed: 12/29/2020

**VERDICT OF THE JURY**
**COUNT TWO**

As to Count Two of the Second Superseding Indictment, we, the jury, find the Defendant, **Collin Garrett Hayden:**

| | |
|---|---|
| ______________________ | Not Guilty |
| (GUILTY) | (NOT GUILTY) |

(Continue to the next page)

**VERDICT OF THE JURY**
**COUNT FOUR**

As to Count Four of the Second Superseding Indictment, we, the jury, find the Defendant, **Collin Garrett Hayden:**

| | |
|---|---|
| Guilty | |
| (GUILTY) | (NOT GUILTY) |

**If, and only if**, you have found the defendant guilty of the offense charged in Count Four, then you must consider the following special issue:

We, the jury, find that the official proceeding was a trial of a criminal case.

| | |
|---|---|
| YES | |
| (YES) | (NO) |

(Continue to the next page)

These are the unanimous verdicts of the jury with respect to Counts One, Two and Four of the Second Superseding Indictment.

3/6/2020
Date

[redacted]
Foreperson

**Tab 5**

Amended Judgments

(ROA.370)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | § | |
| v. | § | |
| | § | Case Number: **5:17-CR-00009-RWS-CMC(6)** |
| **COLLIN GARRETT HAYDEN** | § | USM Number: **09053-095** |
| Date of Original Judgment: 8/13/2020 | § | **L. Charles Van Cleef** |
| Reason for Amendment: Correction of Sentence by | § | Defendant's Attorney |
| Sentencing Court (Fed.R.Crim.P.35(a)) | § | |

**THE DEFENDANT:**

| | | |
|---|---|---|
| ☒ | pleaded guilty to count(s) | **Count 5 of the Second Superseding Indictment** |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☒ | was found guilty on count(s) after a plea of not guilty | **Count 4 of the Second Superseding Indictment** |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1512(a)(2)(A) and (a)(3)(C) – Obstruction of Justice | 12/26/2019 | 4ss |
| 18:1791(a)(2) and (b)(3) - Possession Of Contraband In Jail | 12/26/2019 | 5ss |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) 1 and 2 of the Second Superseding Indictment.

☐ All remaining counts are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**August 26, 2020**
Date of Imposition of Judgment

Robert W Schroeder III
Signature of Judge

**ROBERT W. SCHROEDER III**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**8/26/20**
Date

DEFENDANT: COLLIN GARRETT HAYDEN
CASE NUMBER: 5:17-CR-00009-RWS-CMC(6)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

180 months. The term consists of 180 months on Count 4ss and 60 months as to Count 5ss, all to be served concurrently. Subject to the Bureau of Prisons' policy and/or statute, the defendant shall receive credit for time served from 9/21/2018 to date of sentencing.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant receive appropriate mental health treatment and drug treatment while imprisoned and that the defendant be incarcerated, in order of preference, at (1) Ft. Worth, FMC; (2) El Reno, FCI; or (3) a facility close to El Reno, Oklahoma.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________________________ to

at _________________________________, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT: COLLIN GARRETT HAYDEN
CASE NUMBER: 5:17-CR-00009-RWS-CMC(6)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years. This term consists of three (3) years on Counts 4ss and 5ss, all such terms to run concurrently.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☒ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT: COLLIN GARRETT HAYDEN
CASE NUMBER: 5:17-CR-00009-RWS-CMC(6)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________________ Date ________________

DEFENDANT: COLLIN GARRETT HAYDEN
CASE NUMBER: 5:17-CR-00009-RWS-CMC(6)

## SPECIAL CONDITIONS OF SUPERVISION

You must provide the probation officer with access to any requested financial information for purpose of monitoring your sources of income.

You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

You must participate in a program of testing and treating from substance abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

You must participate in any combination of psychiatric, psychological, or mental health treatment programs and follow the rules and regulations of that program until discharged. This includes taking any mental health medication as prescribed by your treating physician. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

You must participate in a sex offender treatment program, which may include the application of physiological testing instruments. You must abide by all rules and regulations of the treatment program, until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing. Should you fail to pay as directed, you must perform three (3) hours of community service for each unpaid session.

You must acquire a high school equivalency certificate.

DEFENDANT: COLLIN GARRETT HAYDEN
CASE NUMBER: 5:17-CR-00009-RWS-CMC(6)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: COLLIN GARRETT HAYDEN
CASE NUMBER: 5:17-CR-00009-RWS-CMC(6)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payments of $ 200.00 due immediately, balance due

☐ not later than , or

☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____________ *(e.g., weekly, monthly, quarterly)* installments of $ ____________ over a period of _______________ *(e.g., months or years)*, to commence _________ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ ____________ over a period of _______________ *(e.g., months or years)*, to commence _________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $200.00 for Counts 4ss and 5ss which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

## CERTIFICATE OF SERVICE

I, Troy Hornsby, certify that today, December 29, 2020, pursuant to Federal Rule of Appellate Procedure 25 and Fifth Circuit Rule 25, a copy of this document was served on all other attorney's of record listed below by electronic means, or by U.S. Mail as designated.

**Defendant/Appellant**
Collin Garrett Hayden
#1152108
USP Tucson
9300 S. Wilmot Road
Tucson, Arizona 85756

**Attorneys for Appellee**
Jonathan R. Hornok, A.U.S.A.
*Jonathan.hornock@usdoj.gov*

s/Troy Alan Hornsby
Troy Alan Hornsby